# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY

## GENERAL ORDER NO. 2014-14

IN RE:    REASSIGNMENT OF CASES

Judges Greg N. Stivers and David J. Hale having been confirmed by the Senate and Commissioned by the President and the Court having determined that it is in the best interest of the Court, the bar and the public to equalize the Court's docket, the Judges have unanimously agreed to the reassign the below-referenced cases for further proceedings. Therefore,

**IT IS HEREBY ORDERED** that:

(1)    The list of cases annexed hereto as **Exhibit A** shall be reassigned from Chief Judge Joseph H. McKinley, Jr. to Judge Greg N. Stivers.

(2)    The list of cases annexed hereto as **Exhibit B** shall be reassigned from Senior Judge Charles R. Simpson III to Judge Greg N. Stivers.

(3)    The list of cases annexed hereto as **Exhibit C** shall be reassigned from Senior Judge Charles R. Simpson III to Judge David H. Hale.

(4)    The list of cases annexed hereto as **Exhibit D** shall be reassigned from Senior Judge John G. Heyburn II to Chief Judge Joseph H. McKinley, Jr.

(5)    The list of cases annexed hereto as **Exhibit E** shall be reassigned from Senior Judge John G. Heyburn II to Judge Greg N. Stivers.

(6)    The list of cases annexed hereto as **Exhibit F** shall be reassigned from Senior Judge John G. Heyburn II to Judge David H. Hale.

(7)    The list of cases annexed hereto as **Exhibit G** shall be reassigned from Senior Judge John G. Heyburn II to Senior Judge Thomas B. Russell.

(8)    The list of cases annexed hereto as **Exhibit H** shall be reassigned from Senior Judge Thomas B. Russell to Judge Greg N. Stivers.

(9)    The list of cases annexed hereto as **Exhibit I** shall be reassigned from Senior Judge Thomas B. Russell to Judge David J. Hale.

All magistrate judge assignments on any of the listed cases will remain as previously ordered. All cases so reassigned shall henceforth carry the suffix initials of the judges to whom such cases have been reassigned.

ENTERED

DEC 11 2014

VANESSA L. ARMSTRONG
BY _____
DEPUTY CLERK

JOSEPH H. McKINLEY, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

# EXHIBIT A
## CASES REASSIGNED FROM CHIEF JUDGE MCKINLEY TO JUDGE STIVERS

| | |
|---|---|
| 1:10-cv-122 | SCA Hygiene Products Aktiebolag, et al. v. First Quality Baby Prod, LLC, et al. |
| 1:12-cv-81 | Harris v. Adair County Public Hospital District Corporation |
| 1:12-cv-155 | Suiter v. Logan County, Kentucky, et al. |
| 1:12-cv-174 | Griffin v. Southern Health Partners, Inc., et al. |
| 1:12-cv-205 | Ramirez v. Bolster & Jeffries Health Care Group, LLC |
| 1:13-cv-5 | Moore v. Lowe's Companies, Inc., et al. |
| 1:13-cv-14 | Wells v. Russell County Board of Education, et al. |
| 1:13-cv-32 | Reynolds Concrete Pumping, LLC v. Tucker, et al. |
| 1:13-cv-73 | Logsdon v. White, et al. |
| 1:13-cv-103 | Brady, et al. v. Safeco Insurance Company |
| 1:13-cv-112 | Murton v. Android Industries – Bowling Green, LLC, et al. |
| 1:13-cv-126 | Duggan v. Nissei ASB Machine Co., LTD, et al. |
| 1:13-cv-131 | Watson v. Young, et al. |
| 1:13-cv-133 | Kentucky Farm Bureau Mutual Ins. Co. v. Zone Electric Car, LLC, et al. |
| 1:13-cv-142 | Strange v. Strode, et al. |
| 1:13-cv-146 | Frost v. Wal-Mart Stores, East, Limited Partnership, et al. |
| 1:13-cv-158 | Smith v. Marcum, et al. |
| 1:13-cv-161 | Suddarth v. Motorists Mutual Insurance Company, et al. |
| 1:13-cv-162 | Elliott v. Causey, et al. |
| 1:13-cv-166 | Sharp v. Best Buy Co., Inc. |
| 1:13-cv-172 | McCarley v. Logan County Detention Center, et al. |
| 1:13-cv-176 | Devore v. Progressive Casualty Insurance Company, et al. |
| 1:13-cv-181 | Stokes v. Morris, et al. |
| 1:13-cv-186 | Kinser v. Logan County School District, et al. |
| 1:14-cv-7 | Davis, et al. v. BDJ Trucking Company, et al. |
| 1:14-cv-9 | Hastings v. Windstream Communications, Inc. |
| 1:14-cv-11 | Banner Shoe v. Cavalry SPV I, LLC |
| 1:14-cv-15 | Gregory v. Teague, et al. |
| 1:14-cv-24 | Mefford v. Kroger Food Stores, et al. |
| 1:14-cv-27 | Roark v. Riordan, et al. |
| 1:14-cv-30 | Saxton, et al. v. Colony Specialty |
| 1:14-cv-35 | Verizon Employee Benefits Committee v. Schultz, et al. |
| 1:14-cv-37 | Smith v. Strode, et al. |
| 1:14-cv-38 | Tantus Tobacco, LLC, et al. v. United States of America |
| 1:14-cv-45 | CDK Global, LLC, et al. v. Scott & Reynolds, LLC, et al. |
| 1:14-cv-50 | Sealed v. Sealed |
| 1:14-cv-52 | Sweatt v. United of Omaha Life Insurance Company |
| 1:14-cv-53 | Slagle v. Midland Funding, LLC, et al. |
| 1:14-cv-54 | Durall v. Rebound Unlimited, Inc. |
| 1:14-cv-69 | Patel v. Patel, et al. |
| 1:14-cv-70 | Rickett v. Smith, et al. |
| 1:14-cv-72 | Sirkin v. Kathman, et al. |
| 1:14-cv-74 | Green River Marina, LLC v. Meredith, et al. |
| 1:14-cv-81 | Christopher Boling v. Prospect Funding Holdings, LLC |
| 1:14-cv-88 | Haru Holding Corp., v. Haru BG, LLC |
| 1:14-cv-90 | Wright v. Beard |

| | |
|---|---|
| 1:14-cv-93 | Adams, et al. v. Ellis, et al. |
| 1:14-cv-95 | The Glasgow Railway Company v. CSX Transportation, Inc. |
| 1:14-cv-96 | AEP Industries, Inc. v. UTECO North America, Inc., et al. |
| 1:14-cv-99 | Bayou City Exploration, Inc. v. Consumer Advocate Services Enter., LLC, et al. |
| 1:14-cv-101 | Moore v. Rogers, et al. |
| 1:14-cv-102 | Pitt v. Health and Human Services, et al. |
| 1:14-cv-103 | Meece v. Invacare Corporation |
| 1:14-cv-107 | Lambert v. Lowe's Home Centers, Inc. |
| 1:14-cv-109 | Alexander v. Aramark Uniform Services |
| 1:14-cv-114 | Tyson v. Warren County Regional Jail, et al. |
| 1:14-cv-116 | Hart v. Dixon, et al. |
| 1:14-cv-118 | Dube v. State Farm Mutual Automobile Insurance Company |
| 1:14-cv-119 | United States of America v. Henson, et al. |
| 1:14-cv-120 | Oates v. Mutter, et al. |
| 1:14-cv-123 | Elliott v. Causey's Junkyard |
| 1:14-cv-124 | Halcomb v. GM Salaried Retirement Program |
| 1:14-cv-126 | Hines v. Commissioner of Social Security |
| 1:14-cv-127 | Brooks v. Pitchford |
| 1:14-cv-129 | Sprowles v. Commissioner of Social Security |
| 1:14-cv-133 | IP, LLC v. Interstate Vape, Inc., et al. |
| 1:14-cv-134 | Martin v. Citimortgage, et al. |
| 1:14-cv-135 | Snow v. Leveridge, et al. |
| 1:14-cv-136 | Mooneyham v. Equifax Information Services, LLC, et al. |
| 1:14-cv-140 | Jackson v. Renfrow, et al. |
| 1:14-cv-144 | Weaver v. Southeast Frozen Food Co., et al. |
| 1:14-cv-145 | Flippin v. Vaughn, et al. |
| 1:14-cv-148 | Soyars, et al. v. United States of America, et al. |
| 1:14-cv-149 | Buckman v. Ingersoll-Rand Company |
| 1:14-cv-150 | Lay v. Cross, et al. |
| 1:14-cv-165 | Rekkbie v. Simpson |
| 1:14-cv-167 | Ratliff Motor Sales v. 50 Cars & Trucks, Inc., et al. |
| 1:14-cv-168 | Carver, et al. v. Citifinancial |
| 1:14-cv-169 | Currens v. Milby, et al. |
| 1:14-cv-170 | Tonsetic, et al. v. Rafferty's, Inc. |
| 1:14-cv-171 | Mize, et al. v. United States Marshal Service, et al. |
| 1:14-cv-172 | C.O. Truxton, Inc. v. Blue Caribe, Inc., et al. |
| 1:14-cv-173 | Back, et al. v. Century Mortgage Company |
| 5:99-cv-170 | Natural Res. Defense Council, Inc., et al. v. Lockheed Martin Corp., et al. |
| 5:12-cv-127 | LWD PRP Group v. ACF Industries, LLC., et al. |
| 5:13-cv-75 | Wells Fargo Financial Leasing, Inc. v. Griffin, et al. |
| 5:14-cv-109 | Lehmann v. Wells Fargo Bank, N.A. |
| 5:14-cv-197 | Hastings v. Walgreen Co. |
| 1:05-cr-29 | USA v. Walker |
| 1:05-cr-34 | USA v. Dennison |
| 1:07-cr-1 | USA v. Bray |
| 1:08-cr-44 | USA v. Sealed 1 |
| 1:09-cr-39 | USA v. Chanchavac, et al. |
| 1:10-cr-36 | USA v. Sanchez-Serrano, et al. |
| 1:13-cr-27 | USA v. Hernandez |

**Exhibit A**
**Pg 2**

| | |
|---|---|
| 1:13-cr-29 | USA v. Faller |
| 1:13-cr-38 | USA v. Kessinger |
| 1:14-cr-2 | USA v. Anderson |
| 1:14-cr-3 | USA v. Rose |
| 1:14-cr-12 | USA v. Thompson, et al. |
| 1:14-cr-20 | USA v. Hayes |
| 1:14-cr-22 | USA v. Hullett |
| 1:14-cr-24 | USA v. Lindsey |
| 1:14-cr-27 | USA v. Alfredo-Chaco |

# EXHIBIT B
## CASES REASSIGNED FROM SENIOR JUDGE SIMPSON TO JUDGE STIVERS

| | |
|---|---|
| 3:10-cr-101 | USA v. Dawn Russell, et al |
| 3:13-cr-132 | USA v. Sergio Alaniz, et al |
| 3:14-cr-41  | USA v. Brenda Buenrostro, et al |
| 3:14-cr-109 | USA v. Benjamin J. Isaacs |
| 3:14-cr-111 | USA v. DevinThauberger, et al |
| 3:12-cr-119 | USA v. Dontrae M. Thomas |

# EXHIBIT C
## CASES REASSIGNED FROM SENIOR JUDGE SIMPSON TO JUDGE HALE

| | |
|---|---|
| 3:02-cv-206 | Haight v. Parker |
| 3:04-cv-38 | Royal Indemnity Co. v. Franklin Career Services, Inc., et al |
| 3:07-cv-638 | Crouch et al v. Honeywell International, Inc., et al |
| 3:10-cv-371 | Clay v. City of Louisville Metro, et al |
| 3:10-cv-464 | Cunningham v. city of Lynnview, Kentucky, et al |
| 3:10-cv--614 | Smart & Associates, LLC v. Independent Liquor (NZ) Ltd., et al |
| 3:10-cv-669 | Business Payment Systems, LLC, et al v. National Processing Company |
| 3:11-cv-90 | Developers Surety and Indemnity Co. v. Renaissance Valley Farms, LLC, et al |
| 3:11-cv-210 | Bullitt County Choice, et al v. Bullitt County Board of Health |
| 3:11-cv-373 | Dalton v. Donahoe |
| 3:11-cv-398 | Luvata Electrofin, Inc., et al v. Metal Processing International, L.P., et al |
| 3:11-cv-488 | Bradford v. Owens et al |
| 3:11-cv-547 | Peppers et al v. LTF Greenhouses, LLC, et al |
| 3:11-cv-596 | Tinal v. Norton Health Care, Inc. |
| 3:11-cv-646 | Darby v. Gordon Food Services, Inc. |
| 3:12-cv-97 | Harper v. W.W. Grainger, Inc., et al |
| 3:12-cv-129 | Tyler v. DH Capital Management, Inc. |
| 3:12-cv-219 | Jecker v. Monumental Life Insurance Company |
| 3:12-cv-271 | IB Agriculture, Inc. v. Monty's Plant Food Co., et al |
| 3:12-cv-280 | Brackens v. Louisville Jefferson County Metro Government, et al |
| 3:12-cv-384 | Helton v. IMI South, LLC, et al |
| 3:12-cv-449 | Thomas et al v. Louisville Jefferson County Metro Government, et al |
| 3:12-cv-486 | Buridi v. Branch Banking and Trust Company |
| 3:12-cv-492 | Evanston Insurance Company v. Commonwealth Security, Inc., et al |
| 3:12-cv-535 | Polylok Inc., et al v. Bear Onsite, LLC, et al |
| 3:12-cv-561 | United Parcel Service, Inc., et al v. Air Transport International, LLC |
| 3:12-cv-563 | RREF BB Acquisitions, LLC v. Oakbrooke Properties, LLC, et al |
| 3:12-cv-566 | McLean v. Alere Inc. |
| 3:12-cv-601 | Dowell, et al v. United States of America |
| 3:12-cv-661 | SSW Holding Company, Inc. v. Schott Gemtron Corporation |
| 3:12-cv-699 | Bench Billboard Co., Inc. v. Louisville-Jefferson County Metro Gov't |
| 3:12-cv-762 | Shaeigan v. H.S. Supply, Inc., et al |
| 3:12-cv-792 | National Water Services, LLC v. ACC Construction Co., Inc. |
| 3:12-cv-820 | Hogan v. Jacobson, et al |
| 3:12-cv-826 | Swan v. Bottom, et al |
| 3:12-cv-829 | Porter v. Louisville Jefferson County Metro Government, et al |
| 3:12-cv-849 | Gough v. Louisville Jefferson County Metro Government, et al |
| 3:12-cv-862 | Eastridge v. Goodrich Corporation, et al |
| 3:12-cv-863 | Rhodes v. Risinger Bros. Transfer, Inc., et al |
| 3:13-cv-34 | Masters v. Browning, et al |
| 3:13-cv-215 | In Re: Matter of Petition of Tom and Jamie Motsinger as Owners/Operator Of R/V MEANT TO BE for Exoneration From or limitation of Liability |
| 3:13-cv-316 | Burton v. Appriss Inc. |
| 3:13-cv-356 | Chicago Motors, LLC v. Apex Insurance Agency Intl., Inc., et al |
| 3:13-cv376 | Noble v. ABS Freight Transportation, Inc., et al |

**Exhibit C**
**Pg 1**

| | |
|---|---|
| 3:13-cv-424 | Knox et al v. Prudential Life Insurance of America |
| 3:13-cv-427 | Blaine v. Louisville Metro Government, et al |
| 3:13-cv-506 | Zona v. Novak, et al |
| 3:13-cv-564 | Elder v. Portfolio Recovery Associates, LLC, et al |
| 3:13-cv-661 | Bzura v. Lumber Liquidators Holdings, Inc. |
| 3:13-cv-952 | Southwynd, LLC, et al v. Porter Bancorp, Inc., et al |
| 3:13-cv-983 | Koford v. Commissioner of Social Security |
| 3:13-cv-1013 | Williams v. Donahoe |
| 3:13-cv-1024 | Dawson v. Travelers Indemnity Company of Connecticut |
| 3:13-cv-1141 | McMahan Holdings, LLC, et al v. Tire Discounters, Inc. |
| 3:13-cv-1204 | Commonwealth Bank & Trust Company v. United States of America |
| 3:14-cv-30 | Stokley v. Dismas Charities, Inc., et al |
| 3:14-cv-40 | The Cincinnati Specialty Underwriters Insurance Co. v. C.F.L.P. 1, LLC |
| 3:14-cv-58 | Fryrear, et al v. Medtronic, Inc., et al |
| 3:14-cv-78 | Molina v. Medtronic, Inc., et al |
| 3:14-cv-352 | Keith v. PSI Louisville, Inc., et al |
| 3:14-cv-378 | Dennison v. Marion County Sheriff Office, et al |
| 3:14-cv-381 | Cole v. Medtronic, Inc., et al |
| 3:14-cv-386 | Calhoun v. Midland Funding LLC, et al |
| 3:14-cv-394 | National Trust Insurance Company v. Heaven Hill Distilleries, Inc. |
| 3:14-cv-415 | Neel v. Bullitt County, Kentucky, et al |
| 3:14-cv-487 | Your Community Bank, Inc. v. Benz, et al |
| 3:14-cv-535 | Mathis & Sons, Inc., et al v. The Commonwealth of KY Transp. Cabinet, et al |
| 3:14-cv-551 | Truesdell, et al v. Link Snacks, Inc. |
| 3:14-cv-554 | Rice v. West Virginia University Board of Governers, et al |
| 3:14-cv-580 | Gordon v. Bolton, et al |
| 3:14-cv-599 | Pogue v. Principal Life Insurance Company |
| 3:14-cv-613 | Telecom Decision Makers, Inc. v. Access Integrated Networks Inc., et al |
| 3:14-cv-620 | Caudill v. Life Insurance Company of North America |
| 3:14-cv-628 | Greene v. LVNV Funding, LLC, et al |
| 3:14-cv-648 | Boykin v. Louisville Metropolitan Department of Corrections |
| 3:14-cv-655 | Allman v. Commonwealth of Kentucky |
| 3:14-cv-656 | Watkins v. Federal Bureau of Investigation |
| 3:14-cv-663 | Little v. Hartford Comprehensive Employee Benefit Service Co., et al |
| 3:14-cv-689 | Pollini v. Bottom |
| 3:14-cv-696 | Prather v. Life Insurance Company of North America |
| 3:14-cv-697 | Keeling v. Louisville Metro Department of Corrections, et al |
| 3:14-cv-715 | Weber v. Metro Police Department Louisville, KY |
| 3:14-cv-721 | Dozier v. Marion County Kentucky, et al |
| 3:14-cv-733 | Hodgin, et al v. Parker Waichman LLP, et al |
| 3:14-cv-742 | Interlock Industries, Inc. v. American Zurich Insurance Company, et al |
| 3:14-cv-794 | Cross v. Perry, et al |

**Exhibit C**
**Pg 2**

# EXHIBIT D
## CASES REASSIGNED FROM SENIOR JUDGE HEYBURN TO CHIEF JUDGE MCKINLEY

| | |
|---|---|
| 3:14-cr-93 | USA v. Chon, Chon |
| 3:14-cr-94 | USA v. Weathers |
| 3:14-cr-96 | USA v. Bunte |
| 3:14-cr-107 | USA v. Gonzalez, et al. |
| 3:14-cr--108 | USA v. SEALED |

**Exhibit D**
**Pg 1**

# EXHIBIT E
## CASES REASSIGNED FROM SENIOR JUDGE HEYBURN TO JUDGE STIVERS

| | |
|---|---|
| 3:12-cr-141 | USA v. Meredith |
| 3:13-cr-60 | USA v. Cheatham |
| 3:13-cr-62 | USA v. Fernandez |
| 3:13-cr-76 | USA v. Page |
| 3:13-cr-126 | USA v. Owen |
| 3:13-cr-133 | USA v. Summers |
| 3:13-cr-153 | USA v. Burks |
| 3:13-cr-158 | USA v. Fisher |
| 3:13-cr-163 | USA v. Lacy |
| 3:13-cr-172 | USA v. Towns |
| 3:14-cr-10 | USA v. Al-Kadumi |
| 3:14-cr-23 | USA v. SEALED |
| 3:14-cr-32 | USA v. Lilly & Manuel |
| 3:14-cr-37 | USA v. Hatler |
| 3:14-cr-38 | USA v. Bolin |
| 3:14-cr-45 | USA v. Bland & Cork |
| 3:14-cr-65 | USA v. Nguyen, et al. |
| 3:14-cr-68 | USA v. Burgos |
| 3:14-cr-80 | USA v. Carman |
| 3:14-cr-84 | USA v. Kaiser |

# EXHIBIT F
## CASES REASSIGNED FROM SENIOR JUDGE HEYBURN TO JUDGE HALE

| Case No. | Case Name |
|---|---|
| 3:08-cv-9 | Stopher v. Simpson |
| 3:09-cv-254 | Parrish v. White |
| 3:11-cv-673 | Walls v. JP Morgan |
| 3:12-cv-273 | Mik v. Federal Home Loan |
| 3:12-cv-663 | Matthews v. White |
| 3:12-cv-724 | Stallings v. Georgia Pacific |
| 3:12-cv-855 | Walker v. City of Lebanon |
| 3:13-cv-219 | Bratcher v. Beckstrom |
| 3:13-cv-305- | JJ Sports v. Pereira |
| 3:13-cv-413 | Hill v. Convey Health |
| 3:13-cv-485 | Hurd Family v. Farmers Bank |
| 3:13-cv-525 | Barnes v. CSX |
| 3:13-cv-677 | Hillerich v.Gibson |
| 3:13-cv-715 | Lethgo v. Christopher East |
| 3:13-cv-773 | Poynter v. Ocwen Loan |
| 3:13-cv-804 | Maxum Indemnity v. Gribbins |
| 3:13-cv-846 | Blincoe v. White |
| 3:13-cv-869 | Abell v. Sky Bridge |
| 3:13-cv-884 | JJ Sports v. Caro |
| 3:13-cv-889 | JJ Sports v. Lopez |
| 3:13-cv-923 | Porter v. Metro Louisville |
| 3:13-cv-939 | Reeves v. Mullins |
| 3:13-cv-1021 | Grace v. PSI Louisville |
| 3:13-cv-1047 | Consumer Financial v. Borders |
| 3:13-cv-1081 | Hilger v. Rhoads |
| 3:13-cv-1083 | McGaughey v. King |
| 3:13-cv-1166 | Williams v. PBI |
| 3:13-cv-1172 | Henderson v. Big Lots |
| 3:13-cv-1181 | Blohm v. Hartford |
| 3:13-cv-1237 | Clifford v. Anthem National |
| 3:14-cv-11 | Wilhite v. National Credit |
| 3:14-cv-15 | Lacefield v. Cobb |
| 3:14-cv-31 | Sheet Metal Workers v. Lou Mech. |
| 3:14-cv-50 | Farlough v. Huskic |
| 3:14-cv-51 | Anderson v Standard Insurance |
| 3:14-cv-68 | Hunton v. Cinemark |
| 3:14-cv-95 | Paonia Resources v. Bingham |
| 3:14-cv-111 | Miller v. GLA |
| 3:14-cv-122 | Allison v. Ocwen Loan |
| 3:14-cv-167 | Bush v. Compass Group |
| 3:14-cv-252 | Sea v. Papa John's |
| 3:14-cv-260 | KY Labor v. May |
| 3:14-cv-262 | Stanton v. LVNV Funding |
| 3:14-cv-282 | Soto v. White |
| 3:14-cv-295 | Wiley v. O'Bannon |
| 3:14-cv-296 | Anderson v. Nationstar |

**Exhibit F**
**Pg 1**

| | |
|---|---|
| 3:14-cv-321 | Parrish v. FedEx |
| 3:14-cv-343 | Indy Transport v. TD Hawks |
| 3:14-cv-349 | Christian Care v. Kemper |
| 3:14-cv-354 | Simmons v. Solozano |
| 3:14-cv-362 | Waldridge v. Acqura Loan |
| 3:14-cv-389 | Teter v. Hartford |
| 3:14-cv-419 | Smith v. Integral Structures |
| 3:14-cv-451 | Key v. Schultz |
| 3:14-cv-454 | Bradley v. Taylor |
| 3:14-cv-458 | Cary v. Cordish |
| 3:14-cv-466 | Beets v. Cohn |
| 3:14-cv-478 | Coleman v. Howard |
| 3:14-cv-492 | Baker v. JC Penney |
| 3:14-cv-497 | McCauley v. Golden Corral |
| 3:14-cv-499 | Mueller v. Bullitt |
| 3:14-cv-503 | Schepers v. Kindred |
| 3:14-cv-514 | Johnson v. White |
| 3:14-cv-519 | Gluc v. Prudential Ins. |
| 3:14-cv-538 | Fidelity v. Teema |
| 3:14-cv-543 | Parker v. Beckstrom |
| 3:14-cv-545 | Foley v. Chegg |
| 3:14-cv-548 | Wright v. Credit Bureau |
| 3:14-cv-552 | Russell v. CSS |
| 3:14-cv-587 | Gibbs v. Norfolk RR |
| 3:14-cv-604 | Forbes v. Klondike |
| 3:14-cv-608 | Gibson v. Andres |
| 3:14-cv-612 | Nowlin v. Novo |
| 3:14-cv-633 | Jones v. Donahoe |
| 3:14-cv-647 | Collins v. PRG |
| 3:14-cv-658 | Armstrong v. Brown |
| 3:14-cv-669 | Paulin v. Kroger |
| 3:14-cv-682 | Vazquez v. Hardin County |
| 3:14-cv-685 | Newton v. MetLife |
| 3:14-cv-694 | Henderson v. Northstar |
| 3:14-cv-705 | Greene v. White Oak |
| 3:14-cv-707 | Allman v. Correct Care |
| 3:14-cv-714 | Local Union 89 v. Jack Cooper |
| 3:14-cv-725 | Chesser v. Aetna |
| 3:14-cv-728 | Cline v. Prudential Ins. |
| 3:14-cv-729 | Perkins v. Steak N Shake |
| 3:14-cv-746 | Brownlee v. Revere |
| 3:14-cv-773 | Geymonat v. Comp. Com Systems |
| 3:14-cv-775 | Bard v. Livingston |
| 3:14-cv-777 | Davis v. GLA Collection |
| 3:14-cv-841 | Knox Hills v. Ambac Assurance |
| 3:14-cv-846 | Taylor v. Convergent Outsourcing |
| 3:14-cv-847 | Wildt v. CACH |

| | |
|---|---|
| 3:14-cv-848 | Wright Family v. Sygenta Corp. |
| 3:14-cv-849 | Worthington Glen v. QBE Ins. |
| 3:14-cv-850 | McGuffin v. Liberty Life |

**Exhibit F**
**Pg 3**

# EXHIBIT G
# CASES REASSIGNED FROM SENIOR JUDGE HEYBURN TO SENIOR JUDGE RUSSELL

| | |
|---|---|
| 3:14-cr--110 | USA v. Bowlus |
| 3:14-cr--114 | USA v. Coleman, et al. |
| 3:14-cr--117 | USA v. Ortega-Hernandez |
| 3:14-cr-120 | USA v. Stanford |
| 3:14-MJ-354 | USA v. Fordham |

**Exhibit G**
**Pg 1**

# EXHIBIT H
## CASES REASSIGNED FROM SENIOR JUDGE RUSSELL TO JUDGE STIVERS

| | |
|---|---|
| 1:11-cv-79 | Gardner v. Western Kentucky University |
| 1:12-cv-98 | Saap Energy Inc v Bell |
| 1:12-cv-180 | Selective Ins Co v Sullivan |
| 1:13-cv-21 | Bruss North America v Robertson |
| 1:13-cv-41 | Furlano v Warren Co KY |
| 1:13-cv-46 | Johnson v Butler Co. KY |
| 1:13-cv-67 | Donaldson v Brunton |
| 1:13-cv-79 | Doe v Blick |
| 1:13-cv-88 | TJ Samson Community Hopsital v Froedge |
| 1:13-cv-132 | Coitrone v Murray |
| 1:13-cv-144 | Wilcoxson v Golden Gate National Senior Care LLC |
| 1:13-cv-145 | Williams v Steak N Shake |
| 1:13-cv-169 | Hampton v Taylor |
| 1:13-cv-190 | Allison v Staples The Office Superstore East, Inc. |
| 1:13-cv-193 | Heil v Auto Club Property Casualty Ins. Co. |
| 1:14-cv-1 | Sexton v CNH America LLC |
| 1:14-cv-16 | Goodrum v Wal-Mart Stores, Inc. |
| 1:14-cv-23 | Burton v Foster |
| 1:14-cv-25 | Stockton v Grange Mutual Casualty Co. |
| 1:14-cv-26 | Ky Farm Burau Ins Co. v Conair Corporation |
| 1:14-cv-34 | Sierra Enterprises Inc v Swo and Ism LLC |
| 1:14-cv-55 | Timmons v Largen |
| 1:14-cv-56 | Martin v Bendix Spicer Foundation Brake LLC |
| 1:14-cv-57 | Scott v Taylor |
| 1:14-cv-60 | Woodside v Olympic Custom Homes LLC |
| 1:14-cv-63 | Carter Douglas Co LLC v Logan Ind Authority Inc |
| 1:14-cv-82 | Double M Farms-2 v Pinnacle Agri Dist Inc |
| 1:14-cv-83 | Burrall v Anderson Forrest Products Inc |
| 1:14-cv-86 | Mings v Wal-Mart |
| 1:14-cv-89 | Seal v Seal |
| 1:14-cv-91 | Hamilton v Anderson Forrest Products Inc |
| 1:14-cv-94 | Peters v Meko |
| 1:14-cv-97 | Snider v Wal Mart Stores Inc |
| 1:14-cv-100 | Thaxton v Clinton Co Board Of Education |
| 1:14-cv-104 | Ricchuite v Johnson |
| 1:14-cv-105 | Rings Crossroad Market Inc v Cincinnati Indemnity Co |
| 1:14-cv-111 | Soyers v Drummond |
| 1:14-cv-122 | Elliott v Nunn Better Towing Owner |
| 1:14-cv-125 | Hancock v Cavalry Portfolio Svc Llc |
| 1:14-cv-128 | Bowling Green Health Facilities v Zonobi |
| 1:14-cv-130 | Page v Wal-Mart Stores East |
| 1:14-cv-132 | Atic Enterprises Inc v Cottingham & Butler Ins Svc Inc |
| 1:14-cv-137 | Purie v Baugh |

**Exhibit H**
**Pg 1**

| | |
|---|---|
| 1:14-cv-139 | Penrod v Travelers Property Casulaty Of America |
| 1:14-cv-141 | Daniels v Noyola |
| 1:14-cv-146 | Oliver-Williams v Cowan Systems Inc |
| 1:14-cv-147 | Goff v Portfolio Recovery Associates |
| 5:06-cv-91 | England v Simpson |
| 5:07-cv-143 | Taj Graphics v Sills |
| 5:07-cv-183 | Rouse v Prowle |
| 5:10-cv-198 | Howard v Fowler Brothers |
| 5:11-cv-29 | Browder v Kentucky State Prison Officials |
| 5:11-cv-36 | Wiggins v Daymar Collegs Group |
| 5:11-cv-118 | Haight v Thompson |
| 5:11-cv-134 | Perry v City Of Oak Grove |
| 5:11-cv-135 | Paducah River Painting v Mcnational Inc |
| 5:11-cv-181 | American Commercial Lines v Edwards Enterprises |
| 5:12-cv-87 | James Transportation Llc v Marine Systems Inc |
| 5:12-cv-109 | Wyatt v Bottom |
| 5:12-cv-124 | Odom v Hiland |
| 5:12-cv-129 | Pro Tanks Leasing LLC v Midwest Propane And Refine Fuels |
| 5:12-cv-135 | Woodcock v Kentucky Dept Of Corrections |
| 5:12-cv-139 | Love-Lucas v Ft Campbell Commissary |
| 5:12-cv-147 | United Propane Gas Inc v Fleming |
| 5:12-cv-169 | Roach v Hiland |
| 5:12-cv-181 | Burgess v Kentucky State Police |
| 5:12-cv-191 | Hutson Inc v Windsor |
| 5:12-cv-197 | Banks v Hiland |
| 5:12-cv-198 | Burkhead & Scott Inc. v. City of Hopkinsville |
| 5:13-cv-8 | Odom v Cranor |
| 5:13-cv-15 | April Horse Trans v Prestige Delivery Systems |
| 5:13-cv-53 | Martinez v. White |
| 5:13-cv-60 | Odom v Lynn |
| 5:13-cv-67 | Hermansen v. Thompson |
| 5:13-cv-108 | In The Matter of Marquette Transportation M/V Miss Katie |
| 5:13-cv-132 | Martinez v Von De Wigleo |
| 5:13-cv-149 | Harbin v Eaves |
| 5:13-cv-178 | Rainey v Madden |
| 5:13-cv-179 | Cox v Hiland |
| 5:13-cv-182 | Martinez v Hiland |
| 5:14-cv-13 | Strader v Marshall |
| 5:14-cv-17 | Jelletich v Pawlawski |
| 5:14-cv-26 | Balboa v Hopkinsville Police Dept |
| 5:14-cv-28 | Carter v Kentucky Department of Corrections |
| 5:14-cv-31 | Jackson v Johnson |
| 5:14-cv-34 | Hester v Stilley House Assisted Living |
| 5:14-cv-74 | USA v Bluegrass Lodge Apartments |
| 5:14-cv-80 | Scarborough v Ingram Barge Co |
| 5:14cv-96 | White v. Housing Authority of Paducah |

**Exhibit H**
**Pg 2**

| | |
|---|---|
| 5:14-cv-99 | Vaughn v. Hawkins |
| 5:14-cv-103 | Jackson v. Risner |
| 5:14-cv-114 | Freeman v. US Dept of Labor |
| 5:14-cv-135 | Bradford v. US Dept of Labor |
| 5:14-cv-140 | Langston v. US Dept of Labor |
| 5:14-cv-146 | Shelton v. Christian Co Jail |
| 5:14-cv-147 | Hill v. Parnell |
| 5:14-cv-148 | Stallings v. Henry |
| 5:14-cv-150 | Stewart v. US Dept Of Labor |
| 5:14-cv-151 | Smith v. Boyd |
| 5:14-cv-153 | Wodansson v. Thompson |
| 5:14-cv-154 | Johnson v. Steen |
| 5:14-cv-159 | Williams v. White |
| 5:14-cv-162 | Shelton v. US Dept Of Labor |
| 5:14-cv-163 | Allen v. US Dept Of Labor |
| 5:14-cv-164 | Todd v. US Dept Of Labor |
| 5:14-cv-165 | Jeffords v. US Dept Of Labor |
| 5:14-cv-168 | Lanier v. US Dept Of Labor |
| 5:14-cv-185 | Slappy v. Fizzell |
| 5:14-cv-192 | Cherry v.Smith |
| 5:14-cv-194 | Scott v. US Dept Of Labor |
| 5:14-cv-196 | Helms v. Metropolitan Life Ins Co |
| 5:14-cv-199 | Aldridge v. Haley |
| 5:14-cv-200 | Gamble v. Commonwealth Of Kentucky |
| 5:14-cv-202 | Doss v. Spin Chill Corp |
| 5:14-cv-208 | Gamble v. Bottom |
| 5:14-cv-212 | Cox v. Von De Wingelo |
| 5:14-cv-213 | Izazaga v. Fleming |
| 5:14-cv-215 | Gamble v. Bottom |
| 5:14-cv-216 | Manderville v. Judicial Officers |
| 5:14-cv-218 | Kelly v. Haley |
| 5:14-cv-219 | Bunton v. Kentucky State Penitentiary |
| 5:14-cv-220 | Gamble v. Bottom |
| 1:08-cr-2-3 | USA v. Fred Ennis Jr |
| 1:04-cr-44 | USA v. Ricky Voughn Hundley |
| 1:08-cr-10 | USA v. Gaspar, Et Al |
| 1:12-cr-40 | USA v. Hibbitt |
| 1:13-cr-8 | USA v. Hostetler |
| 1:13-cr-36 | USA v. Mize |
| 1:13-cr-41 | USA v. Miles, Et Al |
| 1:13-cr-42 | USA v. Wilkerson |
| 1:14-cr-4 | USA v. Johnson |
| 1:14-cr-5 | USA v. Williams |
| 1:14-cr-8 | USA v. Flinchum |
| 1:14-cr-11 | USA v. Burchett |
| 1:14-cr-13 | USA v. Holt, Et Al |

**Exhibit H**
**Pg 3**

| | |
|---|---|
| 1:14-cr-14 | USA v. Goad |
| 1:14-cr-19 | USA v. Snider |
| 1:14-cr-21 | USA v. Sharp |
| 1:14-cr-25 | USA v. Sweatt, Et Al |
| 1:14-cr-26 | USA v. Barnett |

# EXHIBIT I
## CASES REASSIGNED FROM SENIOR JUDGE RUSSELL TO JUDGE HALE

| Case Number | Case Name |
|---|---|
| 3:09-cv-109 | Brandenburg Telephone Co v. Sprint Communications Co |
| 3:11-cv-233 | USA v Contents of Acct of Eastn Livestock and Thomas P Gibson |
| 3:11-cv-268 | Hackney v. Lincoln Life Ins Co |
| 3:11-cv-644 | Sanders v. Crews |
| 3:13-cv-710 | SBAV LP v. Porter Bancorp Inc |
| 3:13-cv-905 | Gray v. Javius |
| 3:13-cv-935 | Perez v. Off Duty Police Services Inc |
| 3:13-cv-980 | Holly v. UPS Supply Chain Solution Inc |
| 3:13-cv-1106 | Waltenburg v. St Jude Medical Inc |
| 3:13-cv-1113 | Watkins v. Trust Underwill Of William Marshall Bullitt, Et Al |
| 3:14-cv-44 | Ross v. Jack Rabbit Svc Llc |
| 3:14-cv-48 | Bradford v. Bramblett |
| 3:14-cv-226 | Russ v. CSS |
| 3:14-cv-322 | Arrington v. Nationwide Mutual Fire Ins Co |
| 3:14-cv-338 | Haley v. CSS |
| 3:14-cv-355 | Andrew v. USA |
| 3:14-cv-370 | Samuels v. Metlife |
| 3:14-cv-417 | Keesee v. CSS |
| 3:14-cv-436 | Harper v. Kentucky Farm Bureau |
| 3:14-cv-494 | Catoe v. Hardin County Detention Center |
| 3:14-cv-506 | Allen v. Taylor |
| 3:14-cv-539 | Beavers v. Riley Built Inc |
| 3:14-cv-564 | Meadows v. Lucas Carthage & Storage |
| 3:14-cv-600 | Payne v. Louisville Metro Dept Of Corrections |
| 3:14-cv-602 | Despain v. City Of Louisville |
| 3:14-cv-617 | Alja-Iz v. CSS |
| 3:14-cv-679 | Dennison V Kentucky Dept Of Corrections |
| 3:14-cv-716 | Mccrady v. Connor |
| 3:14-cv-722 | Fortney v Smith |

Exhibit I
Pg 1