UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CRIMINAL ACTION NO. 3:14-CR-00041-GNS

UNITED STATES OF AMERICA                                                                    PLAINTIFF

V.

BRENDA BUENROSTRO (1)
RICARDO MORALES (2)
LUIS MIGUEL VILLA (3)                                                                            DEFENDANTS

## ORDER

A telephonic further proceedings was held on January 6, 2015.

Appearing by phone:

| | |
|---|---|
| For the United States: | Larry E. Fentress, AUSA |
| For the Defendants: | Florencio Lopez, Retained Counsel |
| | Frank P. Campisano, Appointed Counsel |
| | Patrick J. Bouldin, Asst. Federal Defender |

Alan Wernecke, Official Court Reporter, recorded the proceedings.

**IT IS ORDERED:**

A telephonic further proceedings is set on **February 17, 2015 at 10:00 a.m., CST/11:00 a.m. EST**.  The Court shall initiate the call to counsel.

Greg N. Stivers, Judge
United States District Court

January 15, 2015

cc:    Counsel
       AUSA

B|03